UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS J. DANGER,<br><br>             Plaintiff,<br><br>  v.<br><br>CHRISTOPHER SCHEDLER, *et al.*,<br><br>             Defendants. | Case No. C17-1892-TSZ<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Defendants' motion for summary judgment (Dkt. 28) is GRANTED. Plaintiff's complaint (Dkt. 12) and this action are DISMISSED with prejudice;

(3) Defendants' motion to dismiss (Dkt. 36) is STRICKEN as moot; and

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 15th day of October, 2018.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1